1  MICHAEL E. ADAMS (SBN: 47278)
   LAW OFFICES OF MICHAEL E. ADAMS
2  702 Marshall Street, Suite 300
   Redwood City, CA 94063
3  Telephone: (650) 599-9463
   Fax:       (650) 599-9785
4
   Attorney for Plaintiff
5  MARY MARTINEZ

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9

10 MARY MARTINEZ,                          Case No. C 3:19-cv-08391-JSC

11         Plaintiff,

12     v.                                  **STIPULATION TO CONTINUE MAGISTRATE'S SETTLEMENT CONFERENCE, AND ORDER**
13 REDWOOD CITY SCHOOL DISTRICT,
   DENNIS McBRIDE, JANET LAWSON,           _____
14 ALISA MACAVOY, MARIA DIAZ-
   SLOCUM, CECILIA MARQUEZ, JULIE          DATE: September 17, 2020
15 THOMPSON, and DOES 1 to 50,              TIME: 10:00 a.m.
                                           MODE: Zoom
16         Defendants                      JUDGE: Hon. Thomas Hixon

17 _____

18

19 The parties hereto, by and through their respective undersigned counsel, hereby stipulate

20 to continue the Magistrate's Settlement Conference, presently scheduled herein for

21 September 17, 2020 before Magistrate Judge Thomas Hixon, to October 26, 2020 at

22 10:00 a.m., again to be conducted through a Zoom teleconference.  The reason for this

23 stipulation is to permit Plaintiff to conduct three depositions prior to the settlement

24 conference.

25 DATED: September 4, 2020                 DATED: September 4, 2020

26 */s/ Steven Werth*                       */s/ Michael E. Adams*
   _____             _____
27 Attorney for Defendant                   Attorney for Plaintiff
   REDWOOD CITY SCHOOL DISTRICT             MARY MARTINEZ
28

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation to Continue Magistrate's Settlement Conference, and Order

**ORDER**

The parties so stipulating, and good cause appearing,

IT IS HEREBY ORDERED that the Magistrate's Settlement Conference in the above matter is continued from September 17, 2020 to October 26, 2020 at 10:00 a.m., and will be conducted through a Zoom teleconference.

DATED: September 4 , 2020

MAGISTRATE JUDGE THOMAS HIXON

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation to Continue Magistrate's Settlement Conference, and Order